### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 8:02CR76 |
| Plaintiff, ) | |
| vs. ) | JUDGMENT |
| ISIDRO SERRANO-LOPEZ, ) | |
| Defendant. ) | |

In accordance with the related Memorandum and Order,

IT IS ORDERED:

1. The Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Filing No. 233) is denied with prejudice; and

2. The Clerk shall mail a copy of this Judgment to the Defendant at his last-known address.

DATED this 19th day of September, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge