IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:02CR76 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| ISIDRO SERRANO-LOPEZ, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion for leave to proceed in forma pauperis on appeal (Filing No. 255, Part 2).

IT IS ORDERED that the Defendant's motion for leave to proceed in forma pauperis on appeal (Filing No. 255, Part 2) is granted.

DATED this 15th day of November, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge